# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse



**Mitchell R. Elfers**
Clerk of Court
(Acting)

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

June 1, 2018

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   Christus St. Vincent Regional Medical Center v. District 1199 NM *17cv452 JB/KK; USCA # 18-2068*

Dear Ms. Shumaker,

Please be advised that the record on appeal in the above referenced matter is now complete.

☐   A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

☐   A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

☒   The transcripts which were ordered are now on file with the United States District Court.

Sincerely,

MITCHELL R. ELFERS
Clerk of Court (Acting)

By:   V Verma
Deputy Clerk

cc: Counsel of Record